UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

BOBBY JEAN BOWLES,

    PLAINTIFF,

v.                                CASE NO. 05-73817

EXPERIAN INFORMATION SOLUTIONS,    HONORABLE SEAN F. COX
INC., ET AL.,

    DEFENDANTS.
_____/

**ORDER**

Plaintiff Bobby Jean Bowles ("Plaintiff") filed this action on October 5, 2005, against numerous defendants. Since that time, Plaintiff has voluntarily dismissed several defendants. Indeed, the docket currently reflects that the only remaining defendant in this action is Educational Funding Company, L.L.C. ("EFC").

On December 22, 2005, Mark Cokinos ("Cokinos"), Vice President of EFC, filed an Answer to Plaintiff's Complaint on behalf of EFC [Docket Entry No. 82]. That Answer identifies Cokinos as an officer of EFC and does not indicate that he is an attorney.

It is well established that a corporation cannot appear in federal court except through an attorney. *Doherty v. American Motors Corp.*, 728 F.2d 334, 340 (6th Cir. 1984). An officer of a corporation, who is not licensed to practice law, is not permitted to appear in federal court on behalf of his organization as its legal representative. *Ginger v. Cohn*, 426 F.2d 1385, 1386 (6th Cir. 1970). Federal courts have applied these general rules to all forms of business entities. *See e.g., Gilley v. Shoffner,* 345 F.Supp.2d 563 (M.D. N.C. 2004). Accordingly, Cokinos cannot represent EFC in this matter.

The Court therefore **STRIKES** the December 22, 2005 Answer filed by Cokinos on behalf of EFC [Docket Entry No. 82] and **ORDERS** that EFC must obtain counsel in this matter no later than **August 17, 2007.** Such counsel shall file an appearance no later than **August 18, 2007**, and shall file an Answer on behalf of EFC no later than **August 31, 2007.**

**IT IS FURTHER ORDERED** that the Final Pretrial Conference in this matter shall be held on **September 18, 2007 at 2:00 p.m.** The main focus of the Final Pretrial Conference will be on settlement. Counsel must bring their clients and any persons with full settlement authority with them to the conference. A proposed <u>Joint</u> Pretrial Statement signed by counsel for all parties, shall be filed with the Court one week prior to the Final Pretrial Conference.

**IT IS SO ORDERED**.

S/Sean F. Cox
Sean F. Cox
United States District Judge

Dated: August 2, 2007

I hereby certify that on August 2, 2007, a copy of the foregoing document was served upon counsel of record by electronic means and by First Class Mail upon:

Educational Funding Company, L. L. C.
c/o Mark Cokinos
4740 Chevy Chase Dr.
Chevy Chase, MD 20815

S/Jennifer Hernandez
Case Manager